U.S. DISTRICT COURT
N.D. OF N.Y
FILED
DEC 05 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

United States of America,

v.  Criminal No. 1:11-CR-226 (MAD)

Muchamad Syaugy Ali Syech

## Consent to Transfer of Case
## for Plea and Sentence
## (Under Rule 20)

I, MUCHAMAD SYAUGY ALI SYECH, defendant, have been informed that an Information is pending against me in the above designated district. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Eastern District of Michigan in which I am under arrest, and to waive trial in the above captioned District.

Dated: November 8, 2011 at 11:30 am

_____
(Defendant) Muchamad Syaugy Ali Syech

_____
(Witness)

_____
(Counsel for Defendant) Donald B. ELDER

**Approved**

_____  _____
For Richard S. Hartunian by Ruth Petsey    
United States Attorney for the Northern    United States Attorney for the Eastern District of
District of New York    Michigan

Form USA 153