# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

LAWRENCE K. BAERMAN
Clerk

JOHN M. DOMURAD
Chief Deputy

DAN MCALLISTER
Chief Deputy



James T. Foley Courthouse
445 Broadway, Room 509
Albany, New York 12207
(518) 257-1800

December 6, 2011

U.S. District Court
Eastern District of Michigan
Office of the Court Clerk
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd, Room 564
Detroit, MI 48226

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
DEC 19 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY



FILED
DEC 15 2011
CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

RE: USA v. Muchamad Syaugy Ali Syech
NYND Case No.: 1:11-cr-226-MAD-1
EDMI Case No.: 2:11-mj-30178-JU-1

Dear Clerk:

    Enclosed please find certified copies of the following documents with regard to the Rule 20 Transfer of the above-referenced proceeding to the Eastern District of Michigan:

1. Waiver of Indictment;
2. Amended Information;
3. Consent to Transfer of Case for Plea and Sentence; and
4. Docket Sheet

    Please acknowledge receipt of the same by signing and dating the enclosed copy of this letter and returning it to the Clerk's Office in Albany, New York.

    Thank you for your attention in this matter.

Sincerely,
LAWRENCE K. BAERMAN, CLERK

By: Maria A. Blunt
Deputy Clerk

Enclosures

ACKNOWLEDGMENT: _____ DATE: 12/15/11

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

Hasler
$00.440
Mailed From 48226
12 16 2011
US POSTAGE

12207$2948 C012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
JAMES T. FOLEY COURTHOUSE
445 BROADWAY, ROOM 509
ALBANY    NY    12207